ORIGINAL

Approved: _____
LISA DANIELS
Assistant United States Attorney

Before:   THE HONORABLE JAMES L. COTT
          Chief United States Magistrate Judge
          Southern District of New York

------------------------------------ X

UNITED STATES OF AMERICA                :   23 Mag.

      - v. -                            :   RULE 5(c)(3)
                                        :   AFFIDAVIT
KESENDRY MATEO DIAZ,                    :
      a/k/a "Tulile,"                   :
                                        :
                  Defendant.            :
                                        :
------------------------------------ X

**23 MAG 1656**

SOUTHERN DISTRICT OF NEW YORK, ss.:

JOHN J. KERWICK, being duly sworn, deposes and says that he is a Task Force Officer with the United States Drug Enforcement Administration ("DEA"), and charges as follows:

On or about February 14, 2023, the United States District Court for the District of Massachusetts issued a warrant for the arrest of "Kesendry Mateo Diaz, a/k/a 'Tulile'" on charges of conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine, 400 grams or more of fentanyl, and cocaine, in violation of Title 21, United States Code, Section 846. A copy of the warrant is attached hereto as Exhibit A and incorporated by reference herein.

I believe that KESENDRY MATEO DIAZ, the defendant, who was taken into the custody of DEA on March 1, 2023, in the Southern District of New York is the same individual as the "Kesendry Mateo Diaz, a/k/a 'Tulile'" who is wanted by the United States District Court for the District of Massachusetts.

The bases for my knowledge and for the foregoing charge are, in part, as follows:

1.      I am a Task Force Officer with DEA. This affidavit is based upon my personal participation in this matter, as well as on my conversations with other law enforcement officers and my examination of documents, reports, and records. I have been personally involved in determining whether KESENDRY MATEO DIAZ, the defendant, is the same individual as the "Kesendry Mateo Diaz, a/k/a 'Tulile'" named in the February 14, 2023 warrant from the United

1

States District Court for the District of Massachusetts. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part unless otherwise noted.

2. Based on my review of documents from proceedings in the United States District Court for the District of Massachusetts, I know that, on or about February 14, 2023, the United States District Court for the District of Massachusetts issued a warrant for the arrest of "Kesendry Mateo Diaz, a/k/a 'Tulile'" (the "Warrant"). The Warrant was issued on charges of conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine, 400 grams or more of fentanyl, and cocaine, in violation of Title 21, United States Code, Section 846.

3. On March 1, 2023, at approximately 6:00 a.m., I participated in the arrest of KESENDRY MATEO DIAZ, the defendant, in the vicinity of 1154 Sheridan Avenue, in the Bronx, New York.

4. Based on my comparison of KESENDRY MATEO DIAZ, the defendant, to a New York State Department of Motor Vehicles photo of the "Kesendry Mateo Diaz, a/k/a 'Tulile'" wanted in the District of Massachusetts, I believe they are the same person.

5. Following the arrest, I asked KESENDRY MATEO DIAZ, the defendant, to state his name. He stated that his name is "Kesendry Mateo."

WHEREFORE, I respectfully request that KESENDRY MATEO DIAZ, the defendant, be imprisoned or bailed, as the case may be.

_____
John J. Kerwick
Task Force Officer
Drug Enforcement Administration

Sworn to before me this
1st day of March, 2023

_____
THE HONORABLE JAMES L. COTT
CHIEF UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts ▼

| | |
|---|---|
| United States of America<br>v.<br><br>KESENDRY MATEO DIAZ, a/k/a " Tulile,"<br><br>_____<br>*Defendant* | ) ) ) ) ) ) ) )  Case No. 23CR10038 |

## ARREST WARRANT

To:       Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KESENDRY MATEO DIAZ, a/k/a " Tulile," ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine, 400 grams or more of fentanyl, and cocaine, in violation of 21 U.S.C. § 846

Date:  02/14/2023

City and state:  Boston, MA

*Issuing officer's signature*

Jennifer C. Boal, USMJ
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____
Known aliases: Tulile _____
Last known residence: _____
Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____
Last known telephone numbers: _____
Place of birth: _____
Date of birth: _____
Social Security number: _____
Height: _____   Weight: _____
Sex: M _____   Race: Hispanic _____
Hair: _____   Eyes: _____
Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____
Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____